IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MANUEL MATOS | : | CIVIL ACTION |
| | : | |
| v. | : | No. 13-2648 |
| | : | |
| MERCK & COMPANY, INC. | : | |

**ORDER**

AND NOW, this 3rd day of March, 2015, for the reasons set forth in the accompanying Memorandum, it is ORDERED Defendant Merck & Company, Inc.'s Motion for Summary Judgment (Document 22) is GRANTED. Judgment is entered in favor of Merck & Company, Inc., on all claims in Plaintiff Manuel Matos's Complaint.

It is further ORDERED Defendant's Motions in Limine (Documents 34, 35, 36, 37, 38, and 39) are DISMISSED as moot.

The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.