UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 15-1836

MANUEL MATOS,

Appellant

v.

MERCK & COMPANY, INC.

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
District Court No. 2-13-cv-02648
District Judge: The Honorable Juan R. Sanchez

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
February 29, 2016

Before: SMITH, HARDIMAN, and SLOVITER, *Circuit Judges*

JUDGMENT

This cause came on to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted on February 29, 2016.

On consideration whereof, it is now hereby ADJUDGED and ORDERED

that the judgment of the District Court entered March 3, 2015, be and the same is hereby AFFIRMED. All of the above in accordance with the opinion of this Court. Costs taxed to the appellant.

                              Attest:

                              s/ Marcia M. Waldron
                              Clerk

DATED: March 7, 2016

                              Costs taxed in favor of Appellee,
                              Merck & Co., Inc. as follows:
                              Brief.......................... $59.70

                              Total.......................... $59.70

Certified as a true copy and issued in lieu of a formal mandate on   03/31/2016  

Teste: *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**